IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | CHAPTER 7 |
| SUSAN MCKEON, : | |
| Debtor : | Case No. 12-20692 (MDC) |
| LYNN E. FELDMAN, CHAPTER 7 : | |
| TRUSTEE FOR SUSAN McKEON : | |
| Plaintiff : | ADVERSARY NO. 13-00236 (MDC) |
| : | |
| v. : | |
| : | |
| PHILIP J. McKEON, JR. and : | |
| SUSAN McKEON : | |
| Defendants : | |

## ORDER

Upon consideration of the Chapter 7 Trustee's ("Trustee") Motion for an Order Approving Compromise and Settlement with Debtor, along with the Settlement Agreement and Stipulation ("Settlement Stipulation"), annexed to the Motion as Exhibit A, resolving Adversary Proceeding Number 13-00236 (MDC) after notice and opportunity for hearing; and the Court having reviewed the Motions and Objection, if filed, it appearing to the court that; (a) it has jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334; and (b) this is a core proceeding pursuant to 28 U.S.C. 157(b)(2); and the court finding that notice of the Motion given by the Trustee is appropriate under the circumstances, and the court being fully advised in the premises and having determined that a legal and factual basis set forth in the Motion establish just cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

The Trustee shall be and is hereby authorized to enter into and perform her obligations under the Settlement Stipulation

The Settlement Stipulation and the terms set forth herein, shall be and hereby are APPROVED.

BY THE COURT

DATED: 10/30/13

_Magdeline D. C_____
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc: Debtors
Creditors
Office of the United States Trustee
Chapter 7 Trustee
Counsel for Debtors